**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         v.                         :
                                    :
MAURO MIRANDA-PULLIAN,              :
                                    :
              Defendant.            :
                                    :
------------------------------------x

# 07 CRIM 1219

**NOTICE OF INTENT
TO FILE AN INFORMATION**

07 Cr. ___

**JUDGE SWAIN**

        Please take notice that the United States Attorney's
Office will file an information upon the defendant's waiver of
indictment, pursuant to Rule 7(b) of the Federal Rules of
Criminal Procedure.

Dated:

New York, NY

                        MICHAEL J. GARCIA
                        United States Attorney

                    By: _____
                        Arlo Devlin-Brown
                        Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                    By: _____
                        Martine Beamon, Esq.
                        Attorney for Defendant

NY
T
CALLY FILED

12/14/07

12/14/07   WHEEL A