*JUDGE SWAIN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INFORMATION

        - v. -                     :

                                    :    07CRIM1219

MAURO MIRANDA-PULIAN,              :

                         Defendant. :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2004, up to and including on or about October 17, 2007, in the Southern District of New York and elsewhere, MAURO MIRANDA-PULIAN, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MAURO MIRANDA-PULIAN, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3. It was further a part and an object of the conspiracy that MAURO MIRANDA-PULIAN the defendant, and others known and unknown, would and did distribute, and possess with

intent to distribute, a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    (Title 21, United States Code, Section 846)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MAURO MIRANDA-PULIAN,

Defendant.

**INFORMATION**

06 Cr. ___

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A),846.)
(18 U.S.C. § 2.)

MICHAEL J. GARCIA
United States Attorney.