JUDGE SWAIN

07CRIM1219

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA           :         **WAIVER OF INDICTMENT**

        - v. -            :         07 Cr. ___ (LTS)

MAURO MIRANDA-PULIAN,               :

        Defendant.          :
------------------------------------x

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) & 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

        _____
        MAURO MIRANDA-PULIAN
        Defendant

        _____
        Witness

        _____
        Jane Yoon, Esq.
        Counsel for Defendant

Date:  New York, New York
      December 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 21 2007