# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017

212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

MARTINE M. BEAMON
212 450 4262
MARTINE.BEAMON@DPW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2008
```

March 12, 2008

Re: **United States v. Miranda-Pulian**, 07 Cr. 1219 (LTS)

The Hon. Laura T. Swain
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Dear Judge Swain:

I represent the Defendant Mauro Miranda-Pulian in the above-referenced action. It is our hope that this matter can be resolved without the need for a trial. To this end, I have met with the Government and we continue to discuss the possibility of a disposition of the case.

In light of this fact, I respectfully request that the conference currently scheduled for March 14, 2008 be adjourned until Thursday, March 20, 2008, at 3:00 p.m., as discussed yesterday in a conversation with Chambers, and that the time between now and the rescheduled conference be excluded for the purposes of Speedy Trial Act calculations to permit, in the interests of justice, the parties to continue to seek a disposition of this matter pursuant to 18 U.S.C. § 3161(h)(1)(A). The Government has consented to this request.

Thank you very much for your consideration of this request.

Sincerely,

*Martine M. Beamon/gtg*

Martine M. Beamon

By Facsimile

cc:  AUSA Arlo Devlin-Brown (by facsimile)

*The matter is adjourned to March 20, 2008, at 4:30 pm. The requested exclusion is granted.*

SO ORDERED
*[signature]* 3/12/08
Hon. Laura T. Swain U.S.D.J.
Dated: New York, New York