UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                                                           :

UNITED STATES OF AMERICA          :     **WAIVER OF INDICTMENT**

           - v. -                        :
                                                                             :     S1 07 Cr. 1219 (LTS)

MAURO MIRANDA-PULIAN,              :

            Defendant.              :
------------------------------------x

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) & 846 and Title 18, United States Code, Section 922(g)(5), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                                 */s/ Mauro Pulian*
                                                 MAURO MIRANDA-PULIAN
                                                 Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 20 2008

                                                 Witness

                                                 Counsel for Defendant

Date:  New York, New York
       March 20, 2008