```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    INFORMATION
                                    :
           - v. -                   :
                                    :    S1 07 Cr. 1219 (LTS)
                                    :
MAURO MIRANDA-PULIAN,               :
                                    :
                  Defendant.        :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: MAR 2 0 ___

COUNT ONE

The United States Attorney charges:

1.  From at least in or about 2002, up to and including on or about October 17, 2007, in the Southern District of New York and elsewhere, MAURO MIRANDA-PULIAN, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that MAURO MIRANDA-PULIAN, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3.  It was further a part and an object of the conspiracy that MAURO MIRANDA-PULIAN the defendant, and others known and unknown, would and did distribute, and possess with

intent to distribute, a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    4.  It was further a part and an object of the conspiracy that MAURO MIRANDA-PULIAN the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

    (Title 21, United States Code, Section 846)

## COUNT TWO

The United States Attorney charges:

    5.  In or about 2005, in the Eastern District of New York, MAURO MIRANDA-PULIAN, the defendant, being an alien who was illegally and unlawfully in the United States, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm.

    (Title 18, United States Code, Section 922(g)(5).)

## FORFEITURE ALLEGATION

    6.  As a result of committing the narcotics offenses charged in Count One of the Indictment, in violation of Sections 812, 841(a)(1), 841(b)(1)(A) and 846 of Title 21, United States

Code, MAURO MIRANDA-PULIAN, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Information, including but not limited to:

     a.  a sum of money that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offense in Count One.

<u>Substitute Assets Provision</u>

     7.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (i)  cannot be located upon the exercise of due diligence;

    (ii)  has been transferred or sold to, or deposited with, a third party;

    (iii)  has been placed beyond the jurisdiction of the court;

    (iv)  has been substantially diminished in value; or

    (v)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MAURO MIRANDA-PULIAN,

Defendant.

---

INFORMATION

S1 07 Cr. 1219

(21 U.S.C. §§ 812, 841(a)(1),
   841(b)(1)(A),846.)
(18 U.S.C. § 2, 922(g)(5))


                    MICHAEL J. GARCIA
                 United States Attorney.

---

* Filed Waiver of Indictment + Information

3-20-08

Deft. pres with attorney Ms. Beumon, AUSA Mr. Marmo pres. Court reporter pres. Interpreter pres. Deft withdraws plea of not guilty and enters a plea of guilty to Count # 1+2. P.S.I ordered. No sentence date set. Deft. Cont. Detained. Judge Pitman recommends that J. Swain accept the guilty plea

Pitman
3-20-08